O

# United States District Court
# Central District of California

| | |
|---|---|
| BFS GROUP, LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>ARC.CITY, INC.,<br><br>            Defendant. | Case № 2:22-cv-03779-ODW (AFMx)<br><br>**PARTIAL FINAL JUDGMENT** |

Following a bench trial, the Court issued Findings of Fact and Conclusions of Law resolving Plaintiff BFS Group, LLC's Complaint against Defendant Arc.City, Inc. (ECF No. 93.) Pursuant to the Court's Findings of Fact and Conclusions of Law, incorporated here by reference, and finding no just reason for delay, *see* Fed. R. Civ. P. 54(b), it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

1.  Final partial judgment is **ENTERED** in favor of BFS and against Arc.City;

2.  BFS shall recover from Arc.City the sum of $526,046.47, and pre-judgment interest in the amount of $138,499.32, for a total judgment of **$664,545.79**. Pre-judgment interest is calculated at a rate of 10% per annum as provided by Cal. Civ. Code § 3289 from August 31, 2021, to

April 18, 2024. **The daily amount of pre-judgment interest to be added for each day after April 18, 2024, until judgment is entered is $144.12**;

3. The total judgment awarded herein shall bear post-judgment interest pursuant to 28 U.S.C. § 1961, from the date of entry of this partial judgment until this partial judgment is satisfied; and

4. The Court shall retain jurisdiction to award costs and attorney's fees.

**IT IS SO ORDERED.**

April 26, 2024

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**