O
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BFS GROUP, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARC.CITY, INC.,<br><br>　　　　Defendant. | Case № 2:22-cv-03779-ODW (AJRx)<br><br>**FINAL JUDGMENT** |
| ARC.CITY, INC.,<br><br>　　　　Third Party Plaintiff,<br><br>　　v.<br><br>GONZALEZ AND SONS CONSTRUCTION INC.,<br><br>　　　　Third Party Defendant. | |

///
///
///
///
///
///
///

1

Pursuant to the Court's Order Denying Third Party Plaintiff's Motion for Default Judgment, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Third Party Plaintiff Arc.City, Inc. shall recover nothing from Third Party Defendant Gonzales and Sons Construction Inc.;
2. Third Party Plaintiff Arc.City's Third Party Complaint is dismissed on the merits and with prejudice; and
3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

October 15, 2024

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**